THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| ARRAY HOLDINGS, INC., | § | |
| --- | --- | --- |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:12-cv-03110 |
| | § | (JURY) |
| REMINGTON VALVE, LLC, AND | § | |
| HENRY B. SALEM, | § | |
| | § | |
| Defendants. | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE NANCY F. ATLAS:

Plaintiff Array Holdings, Inc. ("Array"), on the one hand, and Defendants Henry B. Salem ("Salem") and Remington Valve, LLC ("Remington") (collectively, the "Defendants"), on the other hand, (collectively, the "Parties"), pursuant to Rule 41(a)(1)(A)(ii), file this Joint Stipulation of Dismissal with Prejudice as follows:

1.  The Parties have settled and compromised their claims and no longer wish to pursue their claims against each other which are made the basis of the above-captioned matter.

2.  The Parties request that this matter be dismissed with prejudice with all costs incurred taxed against the Party incurring such costs.

Respectfully submitted,

/S/ Mark Siurek
Mark Siurek
TBA# 18447900
Fed ID# 9417
3334 Richmond Avenue, Suite 100
Houston, Texas  77098
713-522-0066 (telephone)
713-522-9977 (fax)
msiurek@warrensiurek.com

ATTORNEY-IN-CHARGE FOR DEFENDANTS

OF COUNSEL:

WARREN & SIUREK, L.L.P.
www.warrensiurek.com
Patricia Haylon
TBA# 09281925
Fed ID# 13941
3334 Richmond Avenue, Suite 100
Houston, Texas 77098
713-522-0066 (telephone)
713-522-9977 (fax)
thaylon@warrensiurek.com


/S/ William P. Ramey, III
William P. Ramey, III
TBA# 24027643
Fed ID# 27206
5020 Montrose Blvd., Suite 750
Houston, Texas 77006
713-426-3923 (telephone)
832-900-4941 (fax)
wramey@rameybrowning.com

ATTORNEY-IN-CHARGE FOR PLAINTIFF

OF COUNSEL:

RAMEY & BROWNING, PLLC
5020 Montrose Blvd., Suite 750
Houston, Texas 77006
713-426-3923 (telephone)
832-900-4941 (fax)